1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9   MICHAEL GREEN,                          CV-04-4199-JF
                    Plaintiff,
10                                          ORDER OF DISMISSAL

    V.
11
    COUNTY OF SANTA CLARA,
12                  Defendant.
    _____/
13

14
            The parties hereto, by their counsel, have advised the Court that they have agreed to a
15
    settlement of this case.
16
            IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if
17
    any party hereto shall certify to this Court, within ninety days, with proof of service of a copy
18
    thereof, that the agreed consideration for said settlement has not been delivered over, the
19
    foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the
20
    calendar to be set for trial.
21

22
    Date: August 25, 2005                s/electronic signature authorized
23                                          JEREMY FOGEL
                                            Judge United States District Court
24

25

26

27

28