```
1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   LISA HERRICK, Deputy County Counsel (S.B. #157115)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4
                                                    **E-filed 12/8/05**
5  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN, EDDIE TITUS, KIM HICKS-BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, PROBATION DEPARTMENT OF THE COUNTY OF SANTA CLARA, JOHN CAVALLI, individually and DOES 1 through 50, inclusive,<br><br>Defendants. | No.   C04 04199 JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ENTRY OF JUDGMENT AND ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff, Michael Green, and defendants, County of Santa Clara, Probation Department of the County of Santa Clara, and John Cavalli, through their undersigned counsel, that the entire action be dismissed with prejudice as to all defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter judgment dismissing the entire action with prejudice.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                           1                              C04 04199 JF


1  IT IS FURTHER STIPULATED THAT each party shall bear its own costs and

2  attorneys' fees.

3  Dated: __11/30__, 2005              _____
                                        CHARLES A. BONNER
4                                       Attorney for Plaintiff

5

6  Dated: __nov 28__, 2005             _____
                                        LISA HERRICK
7                                       Deputy County Counsel

8                                       Attorneys for Defendants

9

10                      ORDER

11     THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED,

12  ADJUDGED AND DECREED THAT:

13     1. The entire action be dismissed with prejudice as to all defendants pursuant to Federal

14  Rules of Civil Procedure, Rule 41(a)(1)(ii).

15     2. The clerk shall enter judgment dismissing the entire action with prejudice.

16     3. Each party shall bear its own costs and attorneys' fees.

17

18  Dated:    12/8/05              /s/electronic signature authorized
                                   JUDGE OF THE DISTRICT COURT
19

20

21

22

23

24

25

26

27

28  S:\Main\Litigation\Green, Michael\Pleadings\Dismissal_Green C04 04199JF.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation for Dismissal with Prejudice and
Entry of Judgment and Order                    2                    C04 04199 JF